**OLSHAN**    PARK AVENUE TOWER ▪ 65 EAST 55TH STREET ▪ NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: PSARTORIUS@OLSHANLAW.COM
DIRECT DIAL: 212.451.2329

December 15, 2015

BY ECF

Honorable J. Paul Oetken, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Nemeth v. Global Apparel Network US, Inc., et al.*, 15 Civ. 5051 (JPO)

Dear Judge Oetken:

    We represent plaintiff in this action.

    We write *jointly* with counsel for all defendants to advise the Court that (a) the parties have resolved this action upon the terms set forth in the enclosed Settlement and Forbearance Agreement (the "Settlement Agreement"), and (b) pursuant to the Settlement Agreement, defendants consent to entry of the enclosed proposed Judgment, which the parties request that Court order at its earliest convenience.

    We appreciate the Court's continued attention to this matter.

                                  Respectfully submitted,

                                  */s/ Peter M. Sartorius*

                                  Peter M. Sartorius

Enclosures (Settlement Agreement and proposed Judgment)

cc:    Thomas J. Fleming, Esq.
        Jordan Wolff, Esq. (*defendants' counsel*)