UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JOSEPH NEMETH as Trustee of the JOSEPH NEMETH LIVING TRUST, <br><br> Plaintiff, <br><br> -against- <br><br> GLOBAL APPAREL NETWORK US, INC., JOSEPH SHOHFI, DANETTE GORMAN, and GLOBAL APPAREL NETWORK LTD., <br><br> Defendant. | C.A. No. 15 Civ. 05051 (JPO) <br><br><br> **JUDGMENT** |

All parties having consented to the entry of this Judgment against defendants pursuant to a Settlement and Forbearance Agreement dated December 11, 2015 and entered into between plaintiff and defendants, it is

**ORDERED, ADJUDGED and DECREED:**  That plaintiff Dr. Joseph Nemeth, as Trustee of the Joseph Nemeth Living Trust, have judgment against defendants Global Apparel Network US, Inc., Joseph Shohfi, Danette Gorman, and Global Apparel Network Ltd., jointly and severally, in the liquidated amount of $286,000.00.

Dated:  New York, New York
         December         , 2015

                                                        J. PAUL OETKEN
                                                        United States District Judge

3502151-2